**William K. BROWNFIELD, Respondent,**

v.

**Ralph and Lorene BROWNFIELD,
Appellants,**

**Eugene and Larry Soles, Respondents.**

**William K. BROWNFIELD, Appellant,**

v.

**Ralph and Lorene BROWNFIELD,
Respondents,**

**Eugene and Larry Soles, Respondents.**

Nos. WD 50748, WD 50787.

Missouri Court of Appeals,
Western District.

March 26, 1996.

Andrew C. Webb, Sedalia, for appellant/respondent.

Gary William Smith, Sedalia, for respondents/appellants.

Julius F. Wall, Clinton, for respondents.

Before FENNER, C.J., P.J., and
LOWENSTEIN and BRECKENRIDGE,
JJ.

## ORDER

PER CURIAM.

Appeal from judgment of trial court denying claim for conversion against respondent and cross-appellant, Ralph David Brownfield. Cross-appellants Ralph David Brownfield and Lorene Brownfield appeal judgment of the trial court finding that William Brownfield had a contractual right to continued use of well water from the property of Ralph David and Lorene Brownfield.

Judgment affirmed. Rule 84.16(b).